Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-3733

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | AweFam | 2 | Camille Tentop |
| 3 | Cartel Drip | 4 | Dolopow |
| 5 | Dreamatorium | 6 | fantastic shop |
| 7 | Foggy desert | 8 | gebaisi |
| 9 | goodluck920 | 10 | Hairplane |
| 11 | Jili Fashion and Design | 12 | Lonwish |
| 13 | manTud | 14 | OTT Streetwear |
| 15 | SPbSj | 16 | StealsN'Deals |
| 17 | Sticker Like | 18 | Your Electronic Needs |
| 19 | YubngEfng | 20 | Zeiwohndc |
| 21 | 1onemall | 22 | 2011godseller |
| 23 | 2016happylive8589 | 24 | 2722168 |
| 25 | 4ydream | 26 | 77portant |
| 27 | 7bee | 28 | 8electronicsfr |
| 29 | aimpact | 30 | air677 |
| 31 | ajbosses | 32 | ajkin |
| 33 | alen588 | 34 | allseasonsbeauty |
| 35 | army0118 | 36 | ashley8899 |
| 37 | au_fashion_queen-1 | 38 | babygo1994 |
| 39 | bad-dragon | 40 | bb_clothes |
| 41 | beads*home | 42 | beautyforever100 |
| 43 | beisite789 | 44 | belle-poque |
| 45 | bighero2019 | 46 | bon-humeur066 |
| 47 | buer_wulian | 48 | byone1 |
| 49 | cake-team | 50 | careworldchildren |
| 51 | cheng-2020 | 52 | cherrybuyly |
| 53 | colors-life | 54 | cos-cartoon |
| 55 | cshop777 | 56 | csjlds2009 |
| 57 | cy22900 | 58 | datatechn |
| 59 | daybuydayforyou | 60 | deeshen |
| 61 | deutschland1314 | 62 | domore_zone |
| 63 | dospo | 64 | eagle-home |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | eboxoon | 66 | emall08 |
| 67 | eqnet1975 | 68 | facaishu100 |
| 69 | fashionable-ladies89 | 70 | fashion-channel-store |
| 71 | fashion-good | 72 | fashion-homes |
| 73 | fashionsir | 74 | fashionstore2015 |
| 75 | fashiontrending | 76 | fengxue00 |
| 77 | geometric-family | 78 | gomnearoutdoors |
| 79 | goodforyou-ra | 80 | goodgood20183 |
| 81 | goodluck_1988 | 82 | greatseller999 |
| 83 | guanpe-87 | 84 | hehui1688 |
| 85 | hello*cloud | 86 | hinwunm |
| 87 | hk_7002 | 88 | hmysl326 |
| 89 | homeshoppingdiy | 90 | honestseller2088 |
| 91 | hot_sports2020 | 92 | hotsale0 |
| 93 | hsfbb_2015 | 94 | huangl93 |
| 95 | hui_shoes | 96 | huibo_home |
| 97 | ibmd9426 | 98 | ilove_jewerly |
| 99 | jenny-blande | 100 | jewelryfindingshop99 |
| 101 | joinhk | 102 | kaidetrade |
| 103 | keaixiyangyang | 104 | kinchkk |
| 105 | kingstore_hk | 106 | klv587 |
| 107 | koobuy | 108 | kubaopa18 |
| 109 | langyi-sports | 110 | lilibo-36 |
| 111 | lion_homes | 112 | lixiaorong234 |
| 113 | luckystore6666 | 114 | luehewu57893 |
| 115 | m13718573717_6 | 116 | magic_gifts_2017 |
| 117 | make1963 | 118 | memory127 |
| 119 | merchhk | 120 | mj-sporty |
| 121 | monkey-home | 122 | moon2566 |
| 123 | naideli222 | 124 | new-fashion-sport |
| 125 | newyg2015 | 126 | nn-th |
| 127 | ochirshine | 128 | onemorething99 |
| 129 | pagetogether317 | 130 | perfectworld168 |
| 131 | peter18821 | 132 | pj-online |
| 133 | playtime19 | 134 | power1776 |
| 135 | pqy336 | 136 | probike936 |
| 137 | r0p276 | 138 | rentg7 |
| 139 | rick-260 | 140 | rickandm78 |
| 141 | ripready | 142 | romantic-meet |
| 143 | ruolanshangwu6662 | 144 | shereen-shop |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 145 | u-sport | 146 | yue.frist.shop |
| 147 | 1100 | 148 | Art101 |
| 149 | bad sneakers | 150 | Bansud |
| 151 | baxea384 | 152 | benben.std |
| 153 | cambriose | 154 | cangyiyan9 |
| 155 | caolili163 | 156 | chendejun |
| 157 | chenruifang758520 | 158 | DesignMakersr |
| 159 | dglym | 160 | dgzyp |
| 161 | f858588 | 162 | fengchen13138 |
| 163 | FEOW | 164 | FFGG2 |
| 165 | fhueyuhwn | 166 | fuba246 |
| 167 | gaoye225 | 168 | Greatest Gift |
| 169 | guocui | 170 | hanjepen |
| 171 | hanxueling | 172 | hartar465 |
| 173 | hi, a small shop | 174 | Hopecoco |
| 175 | huangpeng23 | 176 | hufangchun666888 |
| 177 | huikm11 | 178 | James E. Sensabaugh |
| 179 | jialangyi | 180 | kuegu8923 |
| 181 | LadyNINA | 182 | Liudingqiong666 |
| 183 | lltt | 184 | lpsmadhiaoplmx |
| 185 | luohan1003 | 186 | Manche progran Sakeler |
| 187 | mengjingjing0909 | 188 | na9373293 |
| 189 | negro2812 | 190 | Qinmengrong2245 |
| 191 | rivelly | 192 | yuwei7559 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | amazon.com/sp?seller=A3IW5RM047QK7A | 2 | amazon.com/sp?seller=A1DMA9D92JOACL |
| 3 | amazon.com/sp?seller=ASX47J1J1U4LO | 4 | amazon.com/sp?seller=A18DBU4GIWCGHS |
| 5 | amazon.com/sp?seller=A2CFW4KTKCWEN9 | 6 | amazon.com/sp?seller=A1SAHW2D9J9LGS |
| 7 | amazon.com/sp?seller=A124PL539GKPH6 | 8 | amazon.com/sp?seller=A2SI2GIZM63SZ5 |
| 9 | amazon.com/sp?seller=A3T9XKVKJ05KRD | 10 | amazon.com/sp?seller=A1DZBXVM5W7486 |
| 11 | amazon.com/sp?seller=A3F1LA6P2Z1B6A | 12 | amazon.com/sp?seller=A2JBLD30G3ZUZY |
| 13 | amazon.com/sp?seller=A16M4TOOUH0332 | 14 | amazon.com/sp?seller=APGUD8J2FTWJE |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 15 | amazon.com/sp?seller=AQ7Q1N7UDCQI3 | 16 | amazon.com/sp?seller=A3NHPJDQF2LPC5 |
| 17 | amazon.com/sp?seller=A1Y3WD3JNPVJ3N | 18 | amazon.com/sp?seller=A13H1DPKNDCNVW |
| 19 | amazon.com/sp?seller=A1HB1S7GAMCOKD | 20 | amazon.com/sp?seller=A26F43ED7EMO2O |
| 21 | ebay.com/usr/1onemall | 22 | ebay.com/usr/2011godseller |
| 23 | ebay.com/usr/2016happylive8589 | 24 | ebay.com/usr/2722168 |
| 25 | ebay.com/usr/4ydream | 26 | ebay.com/usr/77portant |
| 27 | ebay.com/usr/7bee | 28 | ebay.com/usr/8electronicsfr |
| 29 | ebay.com/usr/aimpact | 30 | ebay.com/usr/air677 |
| 31 | ebay.com/usr/ajbosses | 32 | ebay.com/usr/ajkin |
| 33 | ebay.com/usr/alen588 | 34 | ebay.com/usr/allseasonsbeauty |
| 35 | ebay.com/usr/army0118 | 36 | ebay.com/usr/ashley8899 |
| 37 | ebay.com/usr/au_fashion_queen-1 | 38 | ebay.com/usr/babygo1994 |
| 39 | ebay.com/usr/bad-dragon | 40 | ebay.com/usr/bb_clothes |
| 41 | ebay.com/usr/beads*home | 42 | ebay.com/usr/beautyforever100 |
| 43 | ebay.com/usr/beisite789 | 44 | ebay.com/usr/belle-poque |
| 45 | ebay.com/usr/bighero2019 | 46 | ebay.com/usr/bon-humeur066 |
| 47 | ebay.com/usr/buer_wulian | 48 | ebay.com/usr/byone1 |
| 49 | ebay.com/usr/cake-team | 50 | ebay.com/usr/careworldchildren |
| 51 | ebay.com/usr/cheng-2020 | 52 | ebay.com/usr/cherrybuyly |
| 53 | ebay.com/usr/colors-life | 54 | ebay.com/usr/cos-cartoon |
| 55 | ebay.com/usr/cshop777 | 56 | ebay.com/usr/csjlds2009 |
| 57 | ebay.com/usr/cy22900 | 58 | ebay.com/usr/datatechn |
| 59 | ebay.com/usr/daybuydayforyou | 60 | ebay.com/usr/deeshen |
| 61 | ebay.com/usr/deutschland1314 | 62 | ebay.com/usr/domore_zone |
| 63 | ebay.com/usr/dospo | 64 | ebay.com/usr/eagle-home |
| 65 | ebay.com/usr/eboxoon | 66 | ebay.com/usr/emall08 |
| 67 | ebay.com/usr/eqnet1975 | 68 | ebay.com/usr/facaishu100 |
| 69 | ebay.com/usr/fashionable-ladies89 | 70 | ebay.com/usr/fashion-channel-store |
| 71 | ebay.com/usr/fashion-good | 72 | ebay.com/usr/fashion-homes |
| 73 | ebay.com/usr/fashionsir | 74 | ebay.com/usr/fashionstore2015 |
| 75 | ebay.com/usr/fashiontrending | 76 | ebay.com/usr/fengxue00 |
| 77 | ebay.com/usr/geometric-family | 78 | ebay.com/usr/gomnearoutdoors |
| 79 | ebay.com/usr/goodforyou-ra | 80 | ebay.com/usr/goodgood20183 |
| 81 | ebay.com/usr/goodluck_1988 | 82 | ebay.com/usr/greatseller999 |
| 83 | ebay.com/usr/guanpe-87 | 84 | ebay.com/usr/hehui1688 |
| 85 | ebay.com/usr/hello*cloud | 86 | ebay.com/usr/hinwunm |
| 87 | ebay.com/usr/hk_7002 | 88 | ebay.com/usr/hmysl326 |
| 89 | ebay.com/usr/homeshoppingdiy | 90 | ebay.com/usr/honestseller2088 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 91 | ebay.com/usr/hot_sports2020 | 92 | ebay.com/usr/hotsale0 |
| 93 | ebay.com/usr/hsfbb_2015 | 94 | ebay.com/usr/huangl93 |
| 95 | ebay.com/usr/hui_shoes | 96 | ebay.com/usr/huibo_home |
| 97 | ebay.com/usr/ibmd9426 | 98 | ebay.com/usr/ilove_jewerly |
| 99 | ebay.com/usr/jenny-blande | 100 | ebay.com/usr/jewelryfindingshop99 |
| 101 | ebay.com/usr/joinhk | 102 | ebay.com/usr/kaidetrade |
| 103 | ebay.com/usr/keaixiyangyang | 104 | ebay.com/usr/kinchkk |
| 105 | ebay.com/usr/kingstore_hk | 106 | ebay.com/usr/klv587 |
| 107 | ebay.com/usr/koobuy | 108 | ebay.com/usr/kubaopa18 |
| 109 | ebay.com/usr/langyi-sports | 110 | ebay.com/usr/lilibo-36 |
| 111 | ebay.com/usr/lion_homes | 112 | ebay.com/usr/lixiaorong234 |
| 113 | ebay.com/usr/luckystore6666 | 114 | ebay.com/usr/luehewu57893 |
| 115 | ebay.com/usr/m13718573717_6 | 116 | ebay.com/usr/magic_gifts_2017 |
| 117 | ebay.com/usr/make1963 | 118 | ebay.com/usr/memory127 |
| 119 | ebay.com/usr/merchhk | 120 | ebay.com/usr/mj-sporty |
| 121 | ebay.com/usr/monkey-home | 122 | ebay.com/usr/moon2566 |
| 123 | ebay.com/usr/naideli222 | 124 | ebay.com/usr/new-fashion-sport |
| 125 | ebay.com/usr/newyg2015 | 126 | ebay.com/usr/nn-th |
| 127 | ebay.com/usr/ochirshine | 128 | ebay.com/usr/onemorething99 |
| 129 | ebay.com/usr/pagetogether317 | 130 | ebay.com/usr/perfectworld168 |
| 131 | ebay.com/usr/peter18821 | 132 | ebay.com/usr/pj-online |
| 133 | ebay.com/usr/playtime19 | 134 | ebay.com/usr/power1776 |
| 135 | ebay.com/usr/pqy336 | 136 | ebay.com/usr/probike936 |
| 137 | ebay.com/usr/r0p276 | 138 | ebay.com/usr/rentg7 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 139 | ebay.com/usr/rick-260 | 140 | ebay.com/usr/rickandm78 |
| 141 | ebay.com/usr/ripready | 142 | ebay.com/usr/romantic-meet |
| 143 | ebay.com/usr/ruolanshangwu6662 | 144 | ebay.com/usr/shereen-shop |
| 145 | ebay.com/usr/u-sport | 146 | ebay.com/usr/yue.frist.shop |
| 147 | wish.com/merchant/55cb213c1c56a4105c4a9a00 | 148 | wish.com/merchant/5e3ad721f8c5fda3794aa122 |
| 149 | wish.com/merchant/5e9b886d25c3d4cc4b57a448 | 150 | wish.com/merchant/57984c03340734699d02a03c |
| 151 | wish.com/merchant/5e7c4c08fcbabb08c00f98a6 | 152 | wish.com/merchant/547091891280fa0973080e21 |
| 153 | wish.com/merchant/5b6d89eacfde142873142a9e | 154 | wish.com/merchant/5e7085528127ca1b0ebf0cbb |
| 155 | wish.com/merchant/5e6b57163b0da02c7f6dcd2f | 156 | wish.com/merchant/5e1bf7022ef88c6c520f7724 |
| 157 | wish.com/merchant/5e68782418426d4e74b9b9e0 | 158 | wish.com/merchant/56fe3541c4543858eaf38f66 |
| 159 | wish.com/merchant/5d3ae5e2e4b65d3204be6312 | 160 | wish.com/merchant/5d3a99ebe13a7e16c247801c |
| 161 | wish.com/merchant/5e82bdd5a7063c4a05471747 | 162 | wish.com/merchant/5e73780b29e7860f849a7c3d |
| 163 | wish.com/merchant/5e8d54f2d497d7c36962cc4a | 164 | wish.com/merchant/5e950b50458c491287bb7692 |
| 165 | wish.com/merchant/5e6476091c32cb1bc01333b0 | 166 | wish.com/merchant/5e6f10fd57af092ac062f2f2 |
| 167 | wish.com/merchant/5e6ef35c29e7860940df46c2 | 168 | wish.com/merchant/5796cd1e76f32b3e81ed11f1 |
| 169 | wish.com/merchant/5d5b98b51d86293382971589 | 170 | wish.com/merchant/5e7c088d2863541653ebdd5b |
| 171 | wish.com/merchant/58fda0e1eb8d2f1106417606 | 172 | wish.com/merchant/5e7c51142c28de09c1a3dfe8 |
| 173 | wish.com/merchant/5dd7028288f1f30cae76ca2b | 174 | wish.com/merchant/5b6c57ebadbf9412104cfdd9 |
| 175 | wish.com/merchant/5e7b30df865f1a11408ceab8 | 176 | wish.com/merchant/5e732b47700f8b6c27b03af1 |
| 177 | wish.com/merchant/5dba4dca8aabea0a9297b363 | 178 | wish.com/merchant/5e6fb4486bab20ade1b64d8e |
| 179 | wish.com/merchant/5af27d0d7824ca55075ee0e0 | 180 | wish.com/merchant/5e7c4eb6fab3604f23d9d5eb |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 181 | wish.com/merchant/5a210e84ffccf275f758e98c | 182 | wish.com/merchant/5e78864b53f8c694f71bb14c |
| 183 | wish.com/merchant/5e64d67b2fdc775909e15b75 | 184 | wish.com/merchant/5e880a7f8782b5cd803db025 |
| 185 | wish.com/merchant/5e64a03d1c32cb2ec3119e74 | 186 | wish.com/merchant/5e67559d48763f58dbd59515 |
| 187 | wish.com/merchant/5e6863e5c6a6e63fadbe768c | 188 | wish.com/merchant/5e7c52f581ddc05341c64bcf |
| 189 | wish.com/merchant/5daf1883e3a15f2322585006 | 190 | wish.com/merchant/5e68af2029e786639e452543 |
| 191 | wish.com/merchant/5a4ded7a6d2c6b50fafafe57 | 192 | wish.com/merchant/59a4da574b913a52231d2813 |