IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>AWEFAM, et al.,<br><br>      Defendants. | Case No. 20-cv-03733<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Nike, Inc. ("Nike" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| army0118 | 35 |
| buer_wulian | 47 |
| eagle-home | 64 |
| facaishu100 | 68 |
| fashion-homes | 72 |
| geometric-family | 77 |
| hello*cloud | 85 |
| huibo_home | 96 |
| lion_homes | 111 |
| monkey-home | 121 |
| pagetogether317 | 129 |
| peter18821 | 131 |
| probike936 | 136 |
| romantic-meet | 142 |

Dated this 16th day of October 2020.                Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Nike, Inc.*